NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ONESUBSEA IP UK LIMITED,**
*Appellant*

**v.**

**FMC TECHNOLOGIES, INC.,**
*Appellee*

———————————

2017-2437, -2442, -2443, -2444

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00328, IPR2016-00378, IPR2016-00467, and IPR2016-00495.

-------------------------------------------------------------------------------

**ONESUBSEA IP UK LIMITED,**
*Appellant*

**v.**

**FMC TECHNOLOGIES, INC.,**
*Appellee*

———————————

2018-1107

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00907.

---------------------------------------------------------------------------------

**FMC TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**ONESUBSEA IP UK LIMITED,**
*Appellee*

————————————

2018-1194

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00907.

————————————

**ON MOTION**

————————————

Before REYNA, LINN, and HUGHES, *Circuit Judges*.

LINN, *Circuit Judge*.

**O R D E R**

FMC Technologies, Inc. moves to deconsolidate Appeal No. 2018-1107 from the other above-captioned appeals and to dismiss Appeal No. 2018-1107 for lack of jurisdiction. OneSubsea IP UK Limited opposes.

At the request of FMC Tech, the Patent Trial and Appeal Board instituted *inter partes* review of one of OneSubsea's patents. On October 11, 2017, the Board issued its final written decision, finding that FMC Tech

had shown several claims to be unpatentable but not shown that other claims were unpatentable.

On October 26, 2017, OneSubsea filed a notice of appeal, which was docketed at this court as Appeal No. 2018-1107. Later that same day, FMC Tech filed a request for rehearing, which remains pending at the Board. Appeal No. 2018-1107 then was consolidated with other appeals currently before this court from other related Board proceedings. FMC Tech later filed a cross-appeal, which was docketed as Appeal No. 2018-1194.

FMC Tech argues that the Board's October 11, 2017 decision is non-final for purposes of judicial review because it filed a timely request for rehearing. OneSubsea counters that its notice of appeal immediately transferred jurisdiction to this court, with two effects: the Board was divested of jurisdiction to consider the later filed rehearing request and the Board's decision was a "final" appealable decision subject to this court's review.

The court deems it the proper course here to deconsolidate Appeal No. 2018-1107, order a limited remand in Appeal Nos. 2018-1107 and 2018-1194 for the purposes of allowing the Board to address FMC Tech's rehearing request, and stay the other cases pending the Board's decision on that rehearing request.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that Appeal No. 2018-1107 is deconsolidated. The revised official caption is reflected above.

(2) Appeal Nos. 2018-1107 and 2018-1194 are remanded for the limited purposes consistent with this order. The court retains jurisdiction over the appeals.

(3) Appeal Nos. 2017-2437, -2442, -2443, -2444 are stayed.

(4) Within 63 days of the Board's ruling on the re-hearing request, the parties are directed to inform this court how they believe these appeals should proceed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31